[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
October 25, 2005
THOMAS K. KAHN
CLERK

_____

No. 04-14979
Non-Argument Calendar

_____

D.C. Docket No. 03-00281-CR-T-23-EAJ

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GUSTAVO PAZ DE LA CRUZ,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Middle District of Florida

_____

**(October 25, 2005)**

Before TJOFLAT, CARNES and MARCUS, Circuit Judges.

PER CURIAM:

Ronald S. Tulin, appointed counsel for Gustavo Paz De La Cruz in this

direct criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and De La Cruz's conviction and sentence are **AFFIRMED**.